IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-PSF-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE,

    Plaintiffs, on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department, in his official capacity,

    Defendants.

---

### ORDER APPROVING THE STIPULATION AND PROTECTIVE ORDER
( Docket No. 22 )

---

THE COURT, having reviewed Plaintiffs' Motion for Entry of this Court's Order Approving the Stipulation and Protective Order, and being fully advised in the premises, HEREBY ORDERS that the motion is granted and the Stipulation and Protective Order, filed contemporaneously with the Motion, is approved.

    Dated this 13th day of October, 2006.

                                        BY THE COURT:

                                        Michael J. Watanabe
                                        United States Magistrate Judge

1967586.1