IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01405-PSF-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE,

      Plaintiffs, on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department, in his official capacity,

      Defendants.

---

**ORDER AMENDING CERTAIN DEADLINES CONTAINED IN THE SCHEDULING ORDER**
*(Docket No. 36)*

---

THIS MATTER having come before the Court upon the Stipulated Motion to Amend Certain Deadlines Contained in the Scheduling Order filed by all parties to this action, and the Court having reviewed the pleadings and the file and being fully advised in the premises,

IT IS HEREBY ORDERED that the deadlines contained in the Scheduling Order are amended as follows:

- discovery cut off (fact discovery) -- April 9, 2007 ;

- designation of expert witnesses and provision of all information specified in Fed. R. Civ. P. 26(a)(2)(B) -- May 9, 2007;

- designation of rebuttal experts and all information specified in Fed. R. Civ. P. 26(a)(2)(B) -- June 12, 2007;

1989676.1

- expert discovery cut off -- July 12, 2007; and

- dispositive motion deadline -- August 13, 2007.

DATED this 2nd day of January, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
~~District Court Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2

1989676.1