U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-PSF-MJW

CLARENCE VANDEHEY;

WILLIAM LANGLEY;

SAMUEL LINCOLN; and

JARED HOGUE,

    Plaintiffs,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in His Official Capacity; and

SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department, in His Official Capacity,

    Defendants.

---

## MINUTE ORDER
*(Docket No. 42)*

**Minute Order Entered by Magistrate Judge Michael J. Watanabe**

    This matter is before the Court on Defendants' Unopposed Motion for Order Allowing Deposition of Plaintiffs Pursuant to Fed. R. Civ. P. 30(a)(2).

    IT IS ORDERED that the Motion is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2), the Court orders that Defendants be permitted to take the depositions of Plaintiffs who are confined in prison at a time and date to be determined after coordination with Plaintiffs' counsel and the respective correctional institutions in which the Plaintiffs are confined.

DATED: February 5, 2007