## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  06-cv-01405-PSF-MJW | FTR |
| **Date:**  July 10, 2007 | Shelley Moore, Deputy Clerk |
| CLARENCE VANDEHEY, et al., | J. Gregor Whitehair |
| | Marisa B. Hudson-Arney |
| Plaintiff(s), | Reid Allread |
| | Mark Silverstein |
| | Taylor S. Pendergrass |
| v. | |
| LOU VALLARIO, et al., | Josh A. Marks |
| | Kim A. Tomey |
| Defendant(s). | Deborah Quinn |

### COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**

**Court in Session 8:40 a.m.**

Court calls case. Appearances of counsel. Non-Party Counsel Dave Gerbus and Thomas Lyons are present.

**ORDERED:**   The Resubmitted Joint Motion for Forthwith Discovery Hearing (document 67) is GRANTED.

The Court requests that counsel present argument on both Defendants' Motion for Protective Order (document 64), and Plaintiffs' Motion to Permit Standard Discovery of All Information Reasonably Calculated to Lead to the Discovery of Admissible Evidence, or in the Alternative, to Stay Discovery until the Court Has Ruled on Plaintiffs' Motion for Class Certification (document 65), since the motions are inter-related.

8:44 a.m.   Mr. Marks presents argument for Defendants on both motions.

8:50 a.m.   Mr. Whitehair presents argument for Plaintiffs on both motions.

9:00 a.m.   Mr. Marks presents responsive argument.

9:02 a.m.   Mr. Whitehair presents responsive argument.

| | |
|---|---|
| 9:07 a.m. | Mr. Marks presents final rebuttal argument. |
| 9:10 a.m. | Mr. Whitehair presents final rebuttal argument. |
| **ORDERED:** | Defendants' Motion for Protective Order (document 64) is GRANTED. |
| **ORDERED:** | Plaintiffs' Motion to Permit Standard Discovery of All Information Reasonably Calculated to Lead to the Discovery of Admissible Evidence, or in the Alternative, to Stay Discovery until the Court Has Ruled on Plaintiffs' Motion for Class Certification (document 65) is DENIED in its entirety. |

Counsel are advised that the scope of the case is outlined in the scheduling order, meaning discovery is limited to the four named plaintiffs. In addition, Plaintiffs may inquire into Garfield County Jail's policies and practices, as applied to and relating to the four named plaintiffs, during the time frame in which the four named plaintiffs were incarcerated there. Should Judge Figa grant the motion for class certification, this Court will address the need to amend the scheduling order.

| | |
|---|---|
| **ORDERED:** | Each side shall pay its own attorney fees and costs as relates to the above motions. |

**Court in recess 9:23 a.m.**
Total In-Court Time 0:43, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.