IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-PSF-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department,
in his official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendants' Unopposed Motion for Leave to File Response to Plaintiffs' Objection to Portion of Magistrate Judge's Order (Dkt. # 81) is GRANTED. The Response and exhibits tendered to the Court on August 10, 2007 by attachment to said motion shall be date stamped and deemed filed as of the date of this Order.

DATED: August 13, 2007