IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-PSF-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department,
in his official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Plaintiffs' Objection to Portion of Magistrate Judge's Order on Plaintiffs' Motion to Permit Standard Discovery (Dkt. # 84), filed on August 27, 2007, is GRANTED. Plaintiffs' Reply in Support of Plaintiffs' Objection to Portion of Magistrate Judge's Order on Plaintiffs' Motion to Permit Standard Discovery and accompanying exhibits are accepted for filing.

DATED: August 28, 2007