IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| Courtroom Deputy: | Nel Steffens<br>Bernique Abiakam - 2:10 p.m. | Date: February 14, 2008 |
|---|---|---|
| Court Reporter: | Kara Spitler | |

| Civil Action No: 06-CV-01405-WYD-MJW | Counsel: |
|---|---|
| CLARENCE VENDEHEY, et al., | Mark Silverstein |
| | Taylor S. Pendergrass |
| Plaintiffs, | Taggart Hansen |
| | Reid Allred |
| v. | |
| LOU VALLARIO, et al., | Josh A. Marks |
| | Don K. DeFord |
| Defendants. | |

## COURTROOM MINUTES

**MOTIONS HEARING**

**2:05 p.m.     Court in Session**

Court calls case. Appearances of counsel.

**2:07 p.m.**     Court's opening remarks regarding reassignment of case.

Discussion regarding Plaintiffs' Motion to Strike Defendants' Supplemental Brief Regarding Plaintiffs' Amended Motion To Certify Class (Doc. No. 112, filed 2/13/08).

Court's findings.

**ORDERED:     Plaintiffs' Motion to Strike Defendants' Supplemental Brief Regarding Plaintiffs' Amended Motion To Certify Class (Doc. No. 112, filed 2/13/08) is DENIED.**

The Court hears argument regarding Plaintiffs' Amended Motion To Certify Class (Doc. No. 7; Filed 8/2/06).

2:15 p.m.     Argument by Mr. Silverstein.  Questions by the Court.

The Court states that the plaintiff needs to respond to **Defendants' Supplemental Brief Regarding Plaintiffs' Amended Motion To Certify Class**.

2:42 p.m.     Argument by Mr. Marks.  Questions by the Court.

2:56 p.m.     Rebuttal argument by Mr. Silverstein.  Questions by the Court.

Argument heard on 1st, 2nd, and 3rd claims of relief.

3:01 p.m.     Argument by Mr. Silverstein.  Questions by the Court.

Argument heard on 5th claim of relief.

3:17 p.m.     Argument by Mr. Silverstein.  Questions by the Court.

Argument heard on 6th claim of relief.

3:23 p.m.     Argument by Mr. Silverstein.  Questions by the Court.

**3:25 p.m.     Court in recess.**

**3:49 p.m.     Court in session.**

3:50 p.m.     Argument by Mr. Marks.  Questions by the Court.

4:26 p.m.     Rebuttal argument by Mr. Silverstein.  Questions by the Court.

Argument regarding **Plaintiffs' Objection To Portion of Magistrate Judge's Order On Plaintiffs' Motion To Permit Standard Discovery** (Filed 7/24/07; Doc. No. 76).

4:40 p.m.     Argument by Mr. Allred.  Questions by the Court.

4:42 p.m.     Argument by Mr. Marks.  Questions by the Court.

4:47 p.m.     Further argument by Mr. Allred.

4:50 p.m.     Conclusions and rulings by the Court.

**ORDERED:     Counsel shall file supplemental briefs on issue of sub classes as follows:**

**Plaintiff on or before February 20, 2008.**

**Defendant on or before February 25, 2008.**

**ORDERED:**  Plaintiff's shall file response to **Defendants' Supplemental Brief Regarding Plaintiffs' Amended Motion To Certify Class (Filed 2/12/08; Doc. No. 111)** on or before **March 4, 2008.**

**4:55 pm**  Court in Recess
HEARING CONCLUDED.

**TOTAL TIME: 2 hours 26 minutes**