# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-01405-WYD-MJW | FTR |
| **Date:** April 28, 2008 | Valeri P. Barnes, Deputy Clerk |
| CLARENCE VANDEHEY,<br>WILLIAM LANGLEY,<br>SAMUEL LINCOLN, and<br>JARED HOGUE,<br>on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LOU VALLARIO, Sheriff of Garfield County Colorado, in his official capacity; and SCOTT DAWSON, a Commander in the Garfield County Sheriff's Department, in his official capacity,<br><br>    Defendants. | Taggart Hansen<br>Marisa Hudson-Arney<br>J. Gregory Whitehair<br>Mark Silverstein<br>Taylor Pendergrass<br><br><br><br><br><br>Josh A. Marks<br>Melanie B. Lewis |

## COURTROOM MINUTES / MINUTE ORDER

### SCHEDULING CONFERENCE

**10:30 a.m.**     **Court in session.**

**ORDERED:**  Defendants' Motion to Stay Proceedings Under Fed.R.Civ.P.23(f) **(125)** is **granted.**

**ORDERED:**  In light of the Court's ruling, the Scheduling Conference is **vacated** until further order of the Court.

**ORDERED:**  Joint Status Report due by **September 30, 2008.**

**ORDERED:**  Counsel shall advise the Court of any ruling by the 10th Circuit within **five days** of the ruling.

**10:57 a.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:27

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.