**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: March 23, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **06-cv-01405-WYD-MJW** | Counsel: |
| **CLARENCE VANDEHEY, et al.**, | Paul K. Karlsgodt |
| | Mark Silverstein |
| Plaintiffs, | Holli L. Hartman |
| | Taylor S. Pendergrass |
| v. | |
| **LOU VALLARIO, et al.**, | Josh A. Marks |
| | Melanie B. Lewis |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**2:13 p.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

2:14 p.m.     Discussion regarding settlement discussions.

Plaintiffs' Second Motion to Certify Class [doc. #177], filed October 2, 2009, is raised for argument.

2:24 p.m.     Argument by Plaintiffs (Mr. Karlsgodt).

2:36 p.m.     Argument by Defendants (Mr. Marks).

2:49 p.m.     Argument by Plaintiffs (Mr. Karlsgodt).

**ORDERED:** Plaintiffs' Second Motion to Certify Class [doc. #177], filed October 2, 2009, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Counsel shall go to Magistrate Judge Watanabe's chambers to schedule a settlement conference.

**3:00 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :47**