IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01405-WYD-MJW

CLARENCE VENDEHEY, et al.,

Plaintiff(s),

v.

LOU VALLARIO, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the parties' Joint Request to Schedule Site Visit (docket no. 205) is GRANTED finding good cause shown. The court will conduct a site visit of the Garfield County Jail at 1:00 p.m. on August 31, 2010. Counsel for the parties shall be present for the site visit. Any additional information necessary for the Court shall be provided to watanabe_chambers@cod.uscourts.com in advance of the conference date.

Date: July 15, 2010