IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-WYD-MJW

CLARENCE VANDEHEY,
WILLIAM LANGLEY,
SAMUEL LINCOLN, and
JARED HOGUE,

    Plaintiffs, on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
STEPHEN HOPPLE, a Commander in the Garfield County Sheriff's Department, in his official capacity,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF TAYLOR S. PENDERGRASS AS COUNSEL FOR PLAINTIFFS
( Docket No. 208 )

THIS COURT, upon consideration of the Unopposed Motion, and having reviewed same and being otherwise fully advised on the premises, hereby GRANTS the request and ORDERS that Mr. Pendergrass shall be allowed to withdraw as counsel of record from this case.

Dated this 2nd day of August, 2010.

The Clerk of Court shall remove Taylor S. Pendergrass from the CM/ECF Electronic Notice list.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO