IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01405-WYD-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE;

    Plaintiffs on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County Colorado, in his official capacity; and
STEPHEN HOPPLE, a Commander in the Garfield County Sheriff's Department, in his official capacity;

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Second Amended Motion for Class Certification [ECF No. 177], filed October 2, 2009 is **DENIED without prejudice**.  If the Settlement Agreement referenced in the recent Joint Status Report [ECF No. 231] is not finalized, Plaintiffs may re-file the Motion for Class Certification.

    Dated:  March 22, 2011