**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01405-WYD-MJW

CLARENCE VANDEHEY,
WILLIAM LANGLEY,
SAMUEL LINCOLN, and
JARED HOGUE,

       Plaintiffs, on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County, Colorado, in his official capacity; and
STEPHEN HOPPLE, a Commander in the Garfield County Sheriff's Department, in his official capacity,

       Defendants.

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

       Plaintiffs Clarence Vandehey, William Langley, Samuel Lincoln and Jared Hogue ("Plaintiffs"), by and through undersigned counsel, hereby submit this Unopposed Motion for Voluntary Dismissal With Prejudice of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2), and in support thereof state:

       1.    The parties to this action have reached a settlement in this action, which was executed April 22, 2011.

       2.    As agreed upon in the settlement, Plaintiffs seek an order from the court dismissing the action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

       3.    Undersigned counsel has conferred with counsel for the Defendants, who has indicated that the Defendants are not opposed to this motion.

4. The Parties have agreed that this case may be dismissed without further action by the court. Except as otherwise provided in the settlement agreement, each party will pay its own costs and attorneys' fees.

5. For the convenience of the court, a proposed order dismissing the action will be provided to the court contemporaneously herewith.

Dated this 25th day of April, 2011.

BAKER & HOSTETLER LLP

*/s/ Holli L. Hartman*
Paul G. Karlsgodt
Holli L. Hartman
303 East 17th Avenue, Suite 1100
Denver, Colorado  80203-1264
Tel: 303.861.0600
Fax: 303.861.7805

In cooperation with the ACLU Foundation of Colorado

Mark Silverstein
American Civil Liberties Union Foundation of Colorado
400 Corona Street
Denver, Colorado  80218
Tel: 303.777.5482
Fax: 303.777.1773

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following addresses:

>Josh A. Marks
>Berg Hill Greenleaf & Ruscitti, LLP
>1712 Pearl Street
>Boulder, CO 80302
>jam@bhgrlaw.com
>
>Cassandra Lee Coleman
>Garfield County Attorney's Office
>108 8th Street, #219
>Glenwood Springs, CO 81601
>ccoleman@garfield-county.com, garcoatt@garfield-county.com

>>/s/ Holli L. Hartman

- 3 -