IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01405-WYD-MJW

CLARENCE VANDEHEY;
WILLIAM LANGLEY;
SAMUEL LINCOLN; and
JARED HOGUE;

      Plaintiffs on behalf of themselves and all others similarly situated,

v.

LOU VALLARIO, Sheriff of Garfield County Colorado, in his official capacity; and
STEPHEN HOPPLE, a Commander in the Garfield County Sheriff's Department, in his official capacity;

      Defendants.

## ORDER

UPON CONSIDERATION of the Plaintiffs' Unopposed Motion for Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) [ECF No. 234], the Court being advised in the premises, and good cause being shown, it is hereby

ORDERED that the Unopposed Motion for Voluntary Dismissal [ECF No. 234], filed April 25, 2011, is **GRANTED.**  It is further

ORDERED that this matter is dismissed with prejudice, each party to bear its own attorneys' fees, costs and expenses.

Dated: April 28, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge